**Order filed April 2, 2012**



In The
# Fourteenth Court of Appeals

---

**14-11-00019-CR**
**14-11-00020-CR**

---

**ERIC DEWAYNE WATTS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 15**
**Harris County, Texas**
**Trial Court Cause No. 1666129 and 1693626**

## CORRECTION ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit #18.**

The clerk of the Co Crim Ct at Law No 15 is directed to deliver to the Clerk of this court the original of State's exhibit #18, on or before **April 9, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit #18, to the clerk of the Co Crim Ct at Law No 15.

PER CURIAM